# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

Marilyn Kelly,
Chief Justice

140861

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BEVERLY WARNER, Personal Representative of
the ESTATE OF BRENT R. BOLTON, Deceased,
          Plaintiff-Appellant,

v                                                                    SC: 140861
                                                                     COA: 288979
                                                                     Washtenaw CC: 06-000784-NO

CENTER FOR FORENSIC PSYCHIARTRY,
DAVID BARRY, A.C.S.W., and RITA GARG,
M.D.,
          Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the February 18, 2010
judgment of the Court of Appeals is considered, and it is DENIED, because we are not
persuaded that the questions presented should be reviewed by this Court.

        HATHAWAY, J., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010 _____

_____
Clerk

s0908